### 9246. BENNETT v. THE STATE.

HARWELL, J.  Evidence that the defendant approached the prosecutor at night on the streets, asked him if certain people were coming that way, put one hand on prosecutor's shoulder, and, putting his other hand down at prosecutor's breeches and over his private parts, said "Let's go down in the alley yonder," and ran when the prosecutor's friends approached, is not sufficient to sustain a charge of "then and there" making an assault with intent to commit sodomy upon the person of the prosecutor.  Tiller v. State, 101 Ga. 782 (29 S. E. 424).

Judgment reversed.  Broyles, P. J., and Bloodworth, J., concur.

DECIDED DECEMBER 19, 1917.

Indictment for misdemeanor; from Cobb superior court— Judge Morris.  September 21, 1917.

J. Z. Foster, G. D. Anderson, for plaintiff in error.

Herbert Clay, solicitor-general, contra.

---

### 9247. BANKS v. THE STATE.

BROYLES, P. J.  The verdict of guilty was amply authorized by the evidence, and the grounds of the amendment to the motion for a new trial are without substantial merit.  The judgment of the court refusing to grant a new trial is

Affirmed.  Bloodworth and Harwell, JJ., concur.

DECIDED DECEMBER 19, 1917.

Accusation of gaming; from city court of Thomasville—Judge W. H. Hammond.  October 4, 1917.

C. E. Hay, E. L. Joiner, for plaintiff in error.

H. J. MacIntyre, solicitor, contra.